# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

2:05-CR 0243 WBS

JAVARIS MARQUEZ TUBBS, and
ANGEL LELYNN BREWER

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. §§ 2113(a), (d) and 2 - Armed Bank Robbery, and Aiding and Abetting;
18 U.S.C. § 924(c)(1) - Use of a Firearm

*A true bill,*

/S/
*Foreman.*

*Filed in open court this* 16th *day*

*of* June, *A.D. 20* 05

N. CANNAROZZI *Clerk.*

*Bail, $* 0

BENCH WARRANTS TO ISSUE FOR BOTH DEFTS

GPO 863 525

McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

JUN 1 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______________
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:05-CR 0243 WBS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JAVARIS MARQUEZ TUBBS, and ANGEL LELYNN BREWER, Defendants. | CR. No. VIOLATIONS: 18 U.S.C. §§ 2113(a), (d) and 2 - Armed Bank Robbery, and Aiding and Abetting; 18 U.S.C. § 924(c)(1) - Use of a Firearm |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. §§ 2113 (a),(d) and 2 - Armed Bank Robbery, and Aiding and Abetting]

The Grand Jury charges: T H A T

JAVARIS MARQUEZ TUBBS, and
ANGEL LELYNN BREWER,

defendants herein, on or about April 14, 2005, in the Eastern District of California, did willfully and by force, violence and intimidation take, from the person or presence of employees of Washington Mutual Bank, 8725 Elk Grove Blvd., Elk Grove, California, approximately $14,494.00, belonging to and in the care, custody, control, management and possession of the bank, the accounts of

which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a) and 2.

2. The Grand Jury further charges that, in committing the offense described in paragraph 1 herein, the defendants did assault and put in jeopardy the lives of said employees of the bank by use of a dangerous weapon, namely: a handgun, in violation of Title 18, United States Code, Sections 2113(a), (d), and 2.

COUNT TWO: [18 U.S.C. § 924(c)(1) - Use of a Firearm]

The Grand Jury further charges: T H A T

JAVARIS MARQUEZ TUBBS,

defendant herein, on or about April 14, 2005, in the Eastern District of California, during and in relation to a crime of violence which may be prosecuted in a court of the United States, namely, the armed bank robbery charged in Count One of this Indictment, did use and carry a firearm, to wit: a handgun, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

/s/ Signature on file w/AUSA

McGREGOR W. SCOTT
United States Attorney

# PENALTY SLIP

| | |
|---|---|
| DEFENDANT: | Javaris Marquez Tubbs |
| COUNT 1 | |
| VIOLATIONS: | 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery; |
| PENALTY: | Not more than 25 years in prison;<br>Not more than $250,000 fine, or both;<br>5-year term of supervised release. |
| COUNT 2: | |
| VIOLATION: | 18 U.S.C. § 924(c)(1) - Use of a Firearm; |
| PENALTY: | Mandatory 7 years consecutive imprisonment;<br>Not more than $250,000 fine, or both;<br>4-year term of supervised release |
| PENALTY ASSESSMENT: | $100.00 special assessment each count |

2:05 - CR 0243 WBS

# PENALTY SLIP

DEFENDANT: Angel Lelynn Brewer

COUNT 1

VIOLATIONS: 18 U.S.C. § 2113(a) and (d) - Armed Bank Robbery;

PENALTY: Not more than 25 years in prison;
Not more than $250,000 fine, or both;
5-year term of supervised release.

PENALTY ASSESSMENT: $100.00 special assessment each count

2:05-CR-0243WBS