QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAVARIS M. TUBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-243-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| JAVARIS M. TUBBS, | ) | |
| | ) | Date:  December 14, 2005 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated between the parties, William Wong, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference presently scheduled for November 30, 2005 be vacated, and rescheduled for status conference on December 14, 2005 at 9:00 a.m.

This continuance is being requested because the government is providing discovery to defense counsel and time is needed to receive it and review it with Mr. Tubbs.  Additionally, another defendant is being brought to the district from another district.

It is further stipulated that the period from November 30, 2005

1 through and including December 14, 2005 should be excluded pursuant to
2 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3 counsel and defense preparation.
4 Dated: November 30, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
JAVARIS M. TUBBS

Dated: November 30, 2005        MCGREGOR W. SCOTT
                                United States Attorney

                                /s/  Mary M. French for
                                     William S. Wong
                                _____
                                WILLIAM  S. WONG
                                Assistant U.S. Attorney
                                per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated:  November 30, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order                    3