1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   JAVARIS M. TUBBS
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  NO. CR-S-05-243-WBS
                                   )
13                Plaintiff,       )
                                   )  SUBSTITUTION OF ATTORNEY
14       v.                        )
                                   )
15  JAVARIS M. TUBBS,              )
                                   )
16                Defendant.       )
                                   )
17  _____)

18          On June 30, 2005, the Office of the Federal Defender was

19  appointed to represent Javaris Tubbs in regard to the Indictment filed

20  against him on June 16, 2005, alleging violations of 18 U.S.C. §

21  2113(a)(d) and 2, Armed Bank Robbery and Aiding and Abetting; and 18

22  U.S.C. § 924(c)(1), Use of a Firearm.  Supervising Assistant Federal

23  Defender Mary M. French was assigned to represent Mr. Tubbs.

24          Throughout the duration of this case, defense counsel has

25  diligently pursued the investigation of Mr. Tubbs' case and has

26  conferred with him on various occasions, but, in recent weeks, a

27  complete breakdown in communication has arisen between Ms. French and

28  Mr. Tubbs.  Due to this situation, panel attorney Fred Dawson was

1  contacted and has expressed his willingness to accept appointment in

2  this matter.

3          It is respectfully requested that MARY M. FRENCH, Assistant

4  Federal Defender, be relieved as attorney of record and that FRED

5  DAWSON, Attorney at Law, P.O. Box 400, Fair Oaks, California, 95628,

6  telephone number (916) 498-1300, be substituted in as counsel in the

7  above-entitled case.

8  Dated:  January 26, 2006

9                                        Respectfully submitted,

10                                       DENNIS S. WAKS
                                         Acting Federal Defender

11
                                         /s/ Matthew Bockmon for
12                                       _____
                                         MARY M. FRENCH
13                                       Assistant Federal Defender
                                         Attorney for Defendant
14                                       JAVARIS M. TUBBS

15  I accept the substitution.

16  Dated:  January 26, 2006       /s/ Matthew Bockmon for

17                                 _____
                                   FRED DAWSON
                                   Attorney at Law
18
    I consent to the substitution.
19
    Dated:  January 26, 2006       /s/ Javaris Tubbs
20
                                   _____
21                                 JAVARIS M. TUBBS
                                   Defendant
22
                              **O R D E R**
23
    IT IS SO ORDERED.
24
    Dated:  January 27, 2006
25

26

27                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
28

Substitution of Attorney                    2