```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-05-243 WBS |
| | ) |
| Plaintiff, | ) GOVERNMENT'S PROPOSED VOIR DIRE |
| | ) QUESTIONS |
| v. | ) |
| | ) |
| JAVARIS MARQUEZ TUBBS, | ) DATE: May 9, 2006 |
| MICHAEL WAYNE BLANCHE, and | ) TIME: 9:00 a.m. |
| ANGEL LELYNN BREWER, | ) CTRM: Hon. William B. Shubb |
| | ) |
| Defendants. | ) |

Pursuant to Local Rule 47-162, the Government respectfully asks the Court to include some or all of the following standard voir dire questions in its examination of potential jurors, in addition to whatever attorney supplementation the Court may allow under Rule 24(a) of the Federal Rules of Criminal Procedure:

   1.   Briefly describe the case.

   In this case, the superseding indictment charges the defendants JAVARIS MARQUEZ TUBBS, MICHAEL WAYNE BLANCHE, and ANGEL LELYNN BREWER, with the following counts:

///

///

1

1       Counts 1 and 2 - On April 14, 2005, defendants committed an
2  armed bank robbery of the Washington Mutual Bank, 8725 Elk Grove
3  Boulevard, Elk Grove, California;
4       The superseding indictment against the defendants is only an
5  accusation, nothing more.  It is not evidence, and it is not proof
6  of guilt or anything else.  The defendants have pleaded not guilty
7  to this charge.
8       2.   This case is expected to take approximately 3-4 days.
9  Does this present a special problem to any member of the jury
10 panel?
11      3.   Have any members of the panel heard or read anything
12 about this case?
13      4.   Ask counsel to introduce themselves and identify the case
14 agent/defendants.
15      5.   Do any members of the panel know the attorney for Mr.
16 Tubbs, Mr. Fred Dawson?
17      6.   Do any members of the panel know the attorney for Ms.
18 Brewer, Mr. Christopher Haydn-Myer?
19      7.   Do any members of the panel know the attorney for Mr.
20 Blanche, Mr. Joseph Wiseman?
21      8.   Do any members of the panel know the Assistant United
22 States Attorney William S. Wong or anyone employed by the United
23 States Attorney's Office?  How about Douglas Cook or anyone
24 employed by the FBI?  How about Jeffrey Scott, employed by the
25 Sacramento County Sheriff's Department?
26      9.   Ask government counsel to read a witness list stating the
27 names of all prospective witnesses the government intends to call.
28 ///

10. Does the defense wish to supplement the list of witnesses that may be called?

11. Do any members of the panel know or recognize the names of any of these prospective witnesses?

12. Have any of you ever served as a juror in a criminal or civil case or as a grand juror?  If so, what kind of case and did the jury come to a verdict in that case?

13. Have any of you participated in a criminal trial or proceeding, for example, as a witness at a trial or before a grand jury?

14. Have you, any member of your family, or any close friend ever been employed by a law enforcement agency, including military law enforcement?

15. Have you, any member of your family, or any close friend been arrested for a crime or been a defendant in a criminal case?

16. This case involves firearms.  Does anyone think they could not be fair to either party because of the evidence of the use of firearms?

17. Is there any reason why you would not be able to give your full attention to this case?

18. Will any of you have difficulty seeing or hearing the witnesses?

19. Are any of you taking any medication that makes you sleepy or affects your ability to concentrate?

20. Have you, or any of your friends or relatives, ever had an unfortunate experience with a law enforcement officer or with the Federal Bureau of Investigation?

///

1     21.   Would any of you tend to believe the testimony of a
2 witness just because that witness is a law enforcement officer and
3 for no other reason?

4     21.   On the other hand, would any of you tend not to believe
5 testimony of a witness just because that witness is a law
6 enforcement officer?

7     22.   Does anyone have any difficulty with the rule of law that
8 a person charged with a crime is presumed innocent and need not
9 present any evidence and the government at all times bears the
10 burden of proving guilt beyond a reasonable doubt?

11    23.   Do any of you have any problem with the rule of law that
12 the defendant need not testify in his own behalf and that if the
13 defendant chooses not to testify that factor may not be considered
14 by you in your deliberations?

15    24.   If you are selected to sit on this case will you be able
16 to render a verdict solely on the evidence presented at the trial
17 and by applying the law as I will give it to you in my
18 instructions, whether or not you agree with that law?

19    25.   Some of the people involved in this case may be of a
20 different race or ethnic background than your own.  Would that
21 difference have any effect on your ability to be fair in this case
22 to the government and the defendant?

23    26.   Do any of you know of any reason why you could not be
24 fair to both sides in this case?

25    27.   Do any of you have beliefs whether it be religious,
26 political, or otherwise that make it impossible or difficult for
27 you to decide the guilt or innocence of another person?
28 ///

4

1   28.  Now, I am going to ask you to put yourselves in the shoes
2 of the lawyers and the parties in this case and ask yourself this:
3 Is there anything you know about yourself which if you were one of
4 the lawyers or one of the parties to this case you would want to
5 know before selecting you as a juror.

6   29.  I am now going to ask you to state your name, your age
7 and your present occupation.  If you are retired tell us what you
8 did for a living before you were retired.  Also, if you have held
9 different jobs, please tell us about your prior work history.
10 Please give us the city or place of your residence.  Please give us
11 your educational background, and please tell us whether or not you
12 are married or were married and what the occupation of your spouse
13 is or was.  If you have children please tell us their ages and what
14 they do for a living.

DATED: May 4, 2006                        Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney


                                     By:  /s/ William S. Wong
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorney