

FILED
MAY 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-05-0243-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAVARIS MARQUEZ TUBBS and | ) | |
| MICHAEL WAYNE BLANCHE | ) | |
| | ) | |
| Defendants. | ) | VERDICT |
| | ) | |

WE, THE JURY, FIND THE DEFENDANT AT BAR, JAVARIS MARQUEZ TUBBS, AS FOLLOWS:

__guilty__ of a violation of Title 18 U.S.C. sections 2113 (a), (d) and 2,
(GUILTY/NOT GUILTY) Armed Bank Robbery and Aiding and Abetting, as charged in Count 1 of the Superseding Indictment.

__guilty__ of a violation of Title 18 USC section 924(c)(1), Use of a Firearm,
(GUILTY/NOT GUILTY) as charged in Count 2 of the Superseding Indictment.

__[signature]__                __May 15, 2006__
FOREPERSON'S SIGNATURE           DATE

1