FILED

OCT 19 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

2:05CR243 WBS

DEAR, HON. MR. WILLIAM B. SHUBB

SiR how have you been i hope fine, as for Me i guess im doing alright just trying to make it threw This storm, back home to my family that's all SiR. SiR, about The situation with that gun the DA Mr. Wong brought in, First of all like i said before SiR that gun had nothing to Do with me at all SiR, tubbs and his wife angle had got Caught up with that gun and on top of that SiR they got Caught with the gun Six weeks before this robbery even Took place and on top of that SiR they did not Even get Charged with the gun, Mr. wong still brought in a live gun To show the Jury and that's not Right and that's not justice At all SiR. SiR, i want you to know that i mean no disrespect At all SiR, but from my point of view SiR i don't think My case alone should have not even made it to trial because Of the lack of evidence, the single discreditable socall witness, Even angle's mother was a discreditable witness and for the Simple fact in her first statement she said it was only Her daughter angle, tubbs in the car when she met up With them, then when she came to court she said i was in The car and i never even saw this women in my life sir. And about angle being a discreditable witness, also in her first Statement she said that it was another female driveing the car And that she was a passenger during the robbery, she also Lied about a numorous of other things in this case including Me SiR.

Sir i really did not have anything to do with this robbery And i don't know how someone could lie about me being Some where i wasn't, Sir I know for a fact she can't sleep at Night just knowing that she put someone behind bars that Doesnt deserve to be behind bars. Sir, Everything she said About me were all lies and who knows she could have been One of those robber's under that mask in that bank, it was A person the same size as her, also had on the same gray T-shirt she had on the first time she went in the bank To get some kind of paper she had when she was on camrea In the bank, She said it was another female driving the car During the robberie so what part did she really play in That robberie know body really knows the truth except her, Her socalled husband tubbs and the other suspects that Were really involved in this robberie and the reason why Angle wont give up the other two suspects that were really Involved in this robberie is because she's scared they might Give her up Sir. So the point im trying to get across to you Sir is i had nothing to do with this crime that commited, if I did i would have admitted my guilt like a man Sir and but I did not do it Sir. Im the one that should be at home with My Family not her, she was the one they pointed out on the Scene of the crime and on camreas in the bank not me. Sir like i said i mean no disrepect at all i just had to Get my point across to you that's all Sir. Sir thank you for your time, God Bless you sir. *Michael Blanche Jr.*