**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
**1477 Drew Avenue, Suite 106**
**Davis, California 95616**
**Telephone: 530.759.0700**
**Facsimile: 530.759.0800**

**Attorney for Defendant**
**MICHAEL WAYNE BLANCHE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>MICHAEL WAYNE BLANCHE, et. al.<br>Defendant. | Case No. CR.S 05-00243 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING** |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, William S. Wong, Assistant United States Attorney, and defendant, JAVARIS TUBBS , through his counsel of record, Steve Bauer, and MICHAEL WAYNE BLANCHE, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendants now scheduled for November 1, 2006 at 9:00 a.m., be rescheduled to November 29, 2006 at 9:00 a.m.

///

///



PDF created with pdfFactory trial version www.pdffactory.com

The parties are requesting this continuance because they need additional time to prepare the case for sentencing.

Dated: October 24, 20066

Respectfully submitted,

JOSEPH J. WISEMAN, P.C.

By: __/s/Joseph J. Wiseman___________________
JOSEPH J. WISEMAN
Attorney for Defendant
MICHAEL WAYNE BLANCHE

Dated: October 24, 2006

By: __/s/ Steve Bauer___________________
STEVE BAUER
Attorney for Defendant
JAVARIS TUBBS

Dated: October 24, 2006

By: __/s/William S. Wong___________________
WILLIAM S. WONG
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendants MICHAEL WAYNE BLANCHE and JAVARIS TUBBS in the above-captioned case shall be continued to **December 6 2006 at 9:00 a.m.**

Dated: October 25, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



PDF created with pdfFactory trial version www.pdffactory.com