**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAVARIS M. TUBBS**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAVARIS M. TUBBS**,<br><br>　　　　　　Defendant, | Crim. S-O5-243 WBS<br><br>**STIPULATION CONTINUING SENTENCING AND ORDER THEREON**<br><br>(Sentencing Continued to 1/22/07 @8:30) |

It is hereby stipulated between counsel for the defendant and the government that the date for judgment and sentence may be continued from December 6, 2006 until January 22, 2007 at 8:30 a.m. This continuance is requested because counsel for the government is, and has been, ill and unable to prepare for sentencing and to permit the parties to complete their respective efforts to reach a global settlement of the sentencing issues in this case and the resolution of separate case more recently filed. The defendant having already pled there are no issues of excludable time.

Dated: December 5, 2006　　　　　　　　　　　　Dated: December 5, 2006

/ s / Steven D. Bauer　　　　　　　　　　　　　　/ s / William S. Wong

**STEVEN D. BAUER**　　　　　　　　　　　　　　**WILLIAM S, WONG**
Attorney for Defendant　　　　　　　　　　　　　Assistant United States Attorney

(Order on Following Page)

1

2   For Good Cause Appearing
    **IT IS SO ORDERED**
3

4   Dated: December 5, 2006

5   _____
    WILLIAM B. SHUBB
6   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28