**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAVARIS M. TUBBS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　Plaintiff,<br>　　v.<br>**JAVARIS M. TUBBS**,<br>　　　　　　Defendant, | Crim. S-O5-243 WBS<br><br>**STIPULATION CONTINUING SENTENCING AND ORDER THEREON**<br><br>(Sentencing Continued to 6/18/07 @8:30) |

It is hereby stipulated between counsel for the defendant and the government that the date for judgment and sentence may be continued from March 12, 2007 until June 18, 2007 at 830 a.m. This continuance is requested because counsel for the government may call the defendant in as a witness in pending trial and does not wish to sentence until after that matter is resolved. The defendant having already pled there are no issues of excludable time.

Dated: March 8, 2007                                   Dated: March 8, 2007

/ s / Steven D. Bauer                                    / s / William S. Wong

**STEVEN D. BAUER**                             **WILLIAM S, WONG**
Attorney for Defendant                            Assistant United States Attorney

(Order on Following Page)

1 | For Good Cause Appearing
**IT IS SO ORDERED**
2 | Dated: March 8, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE