**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAVARIS M. TUBBS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAVARIS M. TUBBS**,<br><br>　　　　　　　　Defendant, | Crim. S-O5-243 EJG<br><br>**STIPULATION CONTINUING STATUS CONFERENCE AND ORDER THEREON**<br><br>(Status Continued to 3/20/08 @10:00) |

It is hereby stipulated between counsel for the defendant and the government that the status conference presently scheduled for February 20, 2009 may be continued to March 20, 2009. Counsel for both parties believe an equitable resolution is possible for both this matter and the related case , however additional time is required to accomplish this result. The time between February 20, 2009 and March 20, 2009 may properly be excluded pursuant to Local Code T-4.

Dated: February 18, 2009　　　　　　　　　　　Dated: February 18, 2009

/ s / Steven D. Bauer　　　　　　　　　　　　　　/ s / William S. Wong

**STEVEN D. BAUER**　　　　　　　　　　　　　**WILLIAM S, WONG**
Attorney for Defendant　　　　　　　　　　　　Assistant United States Attorney

(Order on Following Page)

1 | For Good Cause Appearing
**IT IS SO ORDERED**
2 | Dated: February 19 , 2009

3

/s/ Edward J. Garcia
4 | **EDWARD J. GARCIA**
U. S. District Judge
5