**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JAVARIS M. TUBBS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-O5-243 EJG |
| Plaintiff, | |
| v. | **STIPULATION CONTINUING SENTENCING AND ORDER THEREON** |
| **JAVARIS M. TUBBS**, | |
| Defendant, | (Moving Sentencing to 3/27/08 @10:00) |

It is hereby stipulated between counsel for the defendant and the government that the sentencing presently scheduled for March 20, 2009 may be continued to March 27, 2009. Counsel for the parties have met with the defendant and an apparent agreement has been reached which will result in an agreed sentence in this matter and a resolution of the related matters. The trial of this matter having been concluded there are no issues regarding excludable time.

Dated: March 19, 2009                     Dated: March 19, 2009

/ s / Steven D. Bauer                      / s / William S. Wong

**STEVEN D. BAUER**                        **WILLIAM S, WONG**
Attorney for Defendant                     Assistant United States Attorney

(Order on Following Page)

For Good Cause Appearing
**IT IS SO ORDERED**
Dated: March 19, 2009

/s/ Edward J. Garcia
**EDWARD J. GARCIA**
U. S. District Judge