# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
Before the Honorable Edward J. Garcia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL MINUTES** |
| | Case No.: 05-243 |
| v. | Date of Hearing: March 27, 2009 |
| | Deputy Clerk: Colleen Lydon |
| **JAVARIS MARQUEZ TUBBS** | Court Reporter/ECRO: Vicki Britt, 498-9288 |
| _____/ | |

| | |
|---|---|
| **For the Government**: | **For the Defendant(s)**: |
| William Wong | Steve Bauer |
| Assistant United States Attorney | [] Assistant Federal Defender |
| | [x] Appointed  [] Retained |

**Interpreter Previously Sworn**:

**Defendant**:
[x] Present   [x] In Custody   [] Not in Custody   [] O/R   [] Bail   [] No Appearance   [] Waived   [] Failed to Appear

---

**JUDGMENT AND SENTENCING to Counts 1 & 2 of the Superseding Indictment**

Sentence:  Ct 1, 108 mos & Ct. 2, 84 mos c/s to Ct 1 = 192 mos.

surrender date:  __

term of supervised release:   60 months

| | |
|---|---|
| recommendation:  Leavenworth, Kansas & 500 Hr. SATP | deft fined: __   [x] fine waived. |
| restitution:   $14,494, jtly & sev. (see below) | payable to: __ |
| special assessment:   $200.00 | bail exonerated: __ |
| right to appeal given:  Yes | [x] appeal rights waived. |

Special Conditions:  __

**Other:**     defendant remanded; restitution jointly & severally w/co-defts Blanche & Bradley

---

Proceeding Time: 8 min