UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0243 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| JARVIS MARQUEZ TUBBS, | |
| Defendant. | |

Defendant is a federal prisoner proceeding with a motion brought pursuant to 28 U.S.C. § 2255. On May 23, 2016, counsel appeared on behalf of defendant. Counsel requests an extension of time to file a motion for leave to amend.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff need not file an answer to defendant's § 2255 motion until further notice from the court; and

/////
/////
/////
/////
/////
/////

1

  2. Defendant is granted until June 26, 2016 to file motion for leave to amend his § 2255 motion. Defendant shall include a copy of the proposed amended § 2255 motion with his motion for leave to amend.

Dated: May 25, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tubb0243.ext