UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAVARIS MARQUEZ TUBBS,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CR.  NOS. 2:06-00451 WBS<br>          2:05-00243 WBS CKD<br><br>ORDER |

----oo0oo----

IT IS HEREBY ORDERED that petitioner's amended motion pursuant to 28 U.S.C. § 2255 (Docket No. 192) is referred to the assigned Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED.

Dated: July 13, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1