UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JARVIS MARQUEZ TUBBS,<br><br>　　　　　　Defendant. | No. 2:05-cr-0243 WBS CKD P<br><br>ORDER |

　　　　Defendant, a federal prisoner, has filed a motion seeking leave to file a second amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Good cause appearing, the motion for leave to amend will be granted.

　　　　Under Rule 4 of the Rules Governing Section 2255 Cases, the court must review all § 2255 motions and summarily dismiss any motion if it is plain that the defendant is not entitled to relief. The court has conducted that review with respect to defendant's second amended § 2255 motion and finds that summary dismissal is not appropriate. Therefore, plaintiff will be directed to file a response.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for leave to file a second amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 197) is granted.

2. The Clerk of the court is directed to file defendant's second amended § 2255 motion under its own docket heading.

3. Plaintiff is directed to file an answer within sixty days. Plaintiff shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the second amended motion.

4. Defendant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

Dated: July 22, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tubb0243.206(3)

2