1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2:05-cr-0243 WBS CKD P

12              Respondent,

13         v.                                 ORDER

14    JARVIS MARQUEZ TUBBS,

15              Movant.

16

17        Movant is a federal prisoner proceeding with a 28 U.S.C. § 2255 motion.  On September

18    22, 2016, movant filed a pro se motion for leave to file a third amended § 2255 motion, and the

19    proposed motion, despite the fact that movant is represented by counsel.  Good cause appearing,

20    IT IS HEREBY ORDERED that movant's motion for leave to file a third amended § 2255 motion

21    (ECF No. 212) is denied without prejudice to refiling by movant's counsel, and the proposed third

22    amended motion (ECF No. 213) is stricken.

23    Dated:  October 3, 2016

24                                        _____
                                          CAROLYN K. DELANEY
25                                        UNITED STATES MAGISTRATE JUDGE

26

27    1
      tubb0243.mta
28