PHILLIP A. TALBERT
Acting United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff/Respondent,<br><br>         v.<br><br>JAVARIS MARQUEZ TUBBS,<br><br>               Defendant/Movant. | 2:05-CR-00243-WBS-CKD<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR GOVERNMENT TO FILE RESPONSE TO SECTION 2255 MOTION |

**STIPULATION**

Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, Acting United States Attorney, and William S. Wong, Assistant United States Attorney, and Movant, Javaris Tubbs, by and through his counsel of record, Carolyn M. Wiggin, hereby stipulate as follows:

In a second amended motion filed July 18, 2016, Defendant Tubbs moved the Court to vacate, set aside or correct his sentence in light of the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015).

In an Order filed July 25, 2016, this Court ordered the Government to file an answer, motion or other response to defendant Tubbs' 2255 motion by September 23, 2016.   This Court subsequently extended the deadline pursuant to the Government's motion for an extension of time until November 10, 2016.

The Government hereby requests an additional extension of 25 days to December 5, 2016, to file its response to the motion.  Counsel for the Government is presently responding to section 2255 petitions filed by five defendants in <u>United States v. Slater, et al.,</u> 03-CR-00371-MCE which have been

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME

consolidated for the Government's response due on October 17, 2016. Additionally, counsel for the Government will be out of the country on prepaid annual leave beginning October 18, returning to California on November 09, and returning to the office on November 14, 2016.

Defendant Tubbs' counsel does not oppose this request for an extension.

IT IS SO STIPULATED.

Dated:  October 19, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ *WILLIAM S. WONG*
WILLIAM S. WONG
Assistant United States Attorney

Dated:  October 19, 2016

/s/ *CAROLYN M. WIGGIN*
CAROLYN M. WIGGIN
Counsel for Movant
Javaris Marquez Tubbs

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 21, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME