1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   CAROLYN M. WIGGIN, Bar #182732
    Assistant Federal Defender
3   Counsel Designated for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6

7   Attorneys for Defendant-Movant
    Javaris Marquez Tubbs
8
                      UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,              Case No. 2:05-CR-243-WBS-CKD

13              Plaintiff-Respondent,      **Stipulation and Order Extending
                                           Deadline for Government to File
14        v.                               Response to Section 2255 Motion**

15  JAVARIS MARQUEZ TUBBS,

16              Defendant-Movant.

17        IT IS HEREBY STIPULATED by and between the parties, Respondent United States of

18  America, through Assistant United States Attorney William S. Wong, and Defendant-Movant

19  Javaris Marquez Tubbs, through Assistant Federal Defender Carolyn M. Wiggin, that the current

20  briefing schedule be vacated and the following briefing schedule be ordered:

21

22        1.  Respondent United States of America shall file an Answer to Defendant-Movant

23            Javaris Marquez Tubbs' motion to vacate, set aside or correct his sentence pursuant to

24            29 U.S.C. § 2255 on or before January 9, 2017;

25        2.  Defendant-Movant Javaris Marquez Tubbs' optional Reply shall be due 21 days after

26            the Answer is filed.

27        3.  The reason the parties request this extension of time is that counsel for the United

28

States of America has numerous filings due in other cases, and he needs to prepare for, undergo, and recover from an upcoming medical procedure.

Dated:  November 28, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ Carolyn M Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Defendant-Movant
JAVARIS MARQUEZ TUBBS

Dated:  November 28, 2016

PHILLIP A. TALBERT
United States Attorney

*/s/ William S. Wong*
WILLIAM S. WONG
Assistant United States Attorney
Attorney for Respondent
UNITED STATES OF AMERICA

<u>ORDER</u>

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to the stipulation of the parties,

1.  The current briefing schedule in this matter is vacated;

2.  Respondent United States of America shall file an Answer to Defendant-Movant Javaris Marquez Tubbs' motion to vacate, set aside or correct his sentence pursuant to 29 U.S.C. § 2255 on or before January 9, 2017; and

3.  Defendant-Movant Javaris Marquez Tubbs' optional Reply is due on or before 21 days after the date the Answer is filed.

IT IS SO ORDERED.

Dated:  December 1, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE