UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:05-cr-0243 WBS CKD |
| Respondent, | |
| v. | ORDER |
| JARVIS MARQUES TUBBS, | |
| Movant. | |

Movant, a federal prisoner proceeding with counsel has filed a motion for leave to file a third amended 28 U.S.C. § 2255 motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's motion for leave to file a third amended 28 U.S.C. § 2255 motion is granted.

2. The Clerk of the Court is directed to file movant's proposed third amended 28 U.S.C. § 2255 motion under its own docket heading.

3. Respondent is directed to file an answer within thirty days. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.

/////

/////

/////

1

4. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

Dated: January 23, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tubb0243.200