PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-CR-00243-WBS-CKD |
| Plaintiff/Respondent, | STIPULATION AND ORDER EXTENDING DEADLINE FOR GOVERNMENT TO FILE RESPONSE TO SECTION 2255 MOTION |
| v. | |
| JAVARIS MARQUEZ TUBBS, | |
| Defendant/Movant. | |

Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, hereby requests an extension of time until March 03, 2017, in which to file its answering brief to defendant Javaris Tubbs' section 2255 petition.

Counsel for the Government needs additional time to complete its research and to write its opposition with the following reasons: (1) counsel for the Government began experiencing computer problems beginning Thursday, February 2, 2017, which required IT personnel to eventually replace counsel's computer which operated the legal Dragon word processing software. Counsel's new computer was installed with the newest operating system Windows 10 which required counsel to familiarize himself with this system; and (2) counsel continued to experience further computer issues causing further delay in completing the Government's opposition.

Carolyn M. Wiggin, counsel for defendant, does not oppose the Government's request.

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME

| | |
|---|---|
| Dated:  February 21, 2017 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ *CAROLYN M. WIGGIN*<br>CAROLYN M. WIGGIN<br>Assistant United States Attorney |
| Dated:  February 21, 2017 | HEATHER E. WILLIAMS<br>Federal Defender |
| | /s/ *CAROLYN M. WIGGIN*<br>CAROLYN M. WIGGIN<br>Counsel for Movant |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's answering brief to movant's section 2255 motion is now due March 03, 2017.

Dated:  February 28, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME