PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff/Respondent,<br><br>      v.<br><br>JAVARIS MARQUEZ TUBBS,<br><br>              Defendant/Movant. | 2:05-CR-00243-WBS-CKD<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR GOVERNMENT TO FILE RESPONSE TO SECTION 2255 MOTION |

    Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, hereby requests an extension of time until March 08, 2017, in which to file its answering brief to defendant Javaris Tubbs's section 2255 petition.

    Counsel for the Government needs additional time to complete its research and to write its opposition with the following reasons: (1) counsel for the Government needs additional time to complete its research and write its opposition; and (2) counsel continued to experience further computer issues causing further delay in completing the Government's opposition.

    Carolyn M. Wiggin, counsel for defendant, does not oppose the Government's request.

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME

| | |
|---|---|
| Dated:  March 3, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ *WILLIAM S. WONG*<br>WILLIAM S. WONG<br>Assistant United States Attorney |
| | |
| Dated:  March 3, 2017 | HEATHER E. WILLIAMS<br>Federal Defender |
| | |
| | /s/ *Carolyn M. Wiggin*<br>CAROLYN M. WIGGIN<br>Counsel for Movant |

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's answering brief to defendant's section 2255 petition is now due March 08, 2017.

Dated:  March 7, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE