PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:05-CR-00243-WBS-CKD |
|---|---|
| Plaintiff/Respondent, | STIPULATION AND ORDER EXTENDING DEADLINE FOR GOVERNMENT TO FILE RESPONSE TO SECTION 2255 MOTION |
| v. | |
| JAVARIS MARQUEZ TUBBS, | |
| Defendant/Movant. | |

  Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, hereby request an extension of time until March 13, 2017, in which to file its answering brief to defendant Javaris Tubbs's section 2255 petition.

  Counsel for the Government needs additional time to complete its research and to write its opposition with the following reason: counsel for the Government needs additional time to complete its research and write its opposition in light of the Supreme Court's decision in *Beckles v. United States*, No. 15-8544, which was announced yesterday, March 6, 2017, which will have a sufficient impact on the Government's response to defendant's 2255 petition.

  Carolyn M. Wiggin, counsel for defendant, does not oppose the Government's request.

Dated: March 7, 2017                              PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ *WILLIAM S. WONG*
                                                  WILLIAM S. WONG
                                                  Assistant United States Attorney


Dated: March 7, 2017                              HEATHER E. WILLIAMS
                                                  Federal Defender


                                                  /s/ *Carolyn M. Wiggin*
                                                  CAROLYN M. WIGGIN
                                                  Counsel for Movant


## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's answering brief to defendant's section 2255 petition is now due March 13, 2017.


Dated: March 8, 2017

                                                  _____
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE


GOVERNMENT'S REQUEST FOR EXTENSION OF TIME