PROB 22 (ED/CA)
(Rev. 2/88)

| | DOCKET NUMBER *(TRAN. COURT)* |
|---|---|
| | 0972 2:05CR00243-01 |

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(REC. COURT)*

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | E-CA | Sacramento |

Javaris Marquez Tubbs
Louisiana (City/State only)

**FILED**

Dec 10, 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| United States District Judge William B. Shubb | | |
| DATES OF | FROM | TO |
| ☐ PROBATION | | |
| ☒ SUPERVISED RELEASE | 7/19/2019 | 7/18/2024 |

OFFENSE

18 USC 2113(a), (d) & 2 – Armed Bank Robbery, Aiding & Abetting (CLASS B FELONY);
18 USC 924(c)(1) – Use of a Firearm (CLASS A FELONY)

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Western District of Louisiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Dated: October 31, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

    **RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

November 13, 2019
*Effective Date*

*United States District Judge*

CC:    United States Attorney
        FLU Unit - United States Attorney's Office
        Fiscal Clerk - Clerk's Office