UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**December 13, 2019**

USDC Western District of Louisiana
201 Jackson St.
Suite 215
Monroe, LA 71201

**RE:**         USA  vs.  JAVARIS MARQUEZ TUBBS
**USDC No.:**   2:05−CR−00243−WBS−CKD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated December 10, 2019 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 264**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **A. Benson**

Deputy Clerk


DATE RECEIVED: _____

RECEIVED BY: _____
*(Print Name)*

NEW CASE NUMBER: _____