2:05-cr-243 WBS



FILED

MAY 0 3 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# Moorish Americans
### Aboriginal Natural Peoples of the Land – North America / Northwest Amexem

## Affidavit of Fact
### Notice of Default Judgment

04-28-2021

United States Republic Postmaster Article No:70201290000058262109

**RE:** "Writ in the Nature of Discovery" dated Date.04-01-2021

You were advised that certain documentation was requested to make a physical inspection and enable the Affiant to verify and Witness the same in order to prepare a defense. You were advised to provide the requested information in order that I may study all evidence regarding this matter within twenty-one (21) days of the receipt of this Notice of Discovery.

Per the United States Republic Postmaster the request was received by United States District Court Eastern District Of California   Date 04-07-2021   Deadline for receipt of documentation was Date.04-28-2021

As this request has not been Honored – this notice of default judgment is being submitted and all claims, petitions, suits, fillings with any third party corporations regarding my Legal and Judicial Status be dismissed and expunged.

All officers of the Court are required to take an oath of office to uphold the Constitution of the United States.

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

Denial of Discovery is in direct violation of my Constitutionally Secured Rights to **"Due Process of Law"** which is a direct violation of your oath of office.

*The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.*

*"Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."*

*"If any question of fact or liability be conclusively presumed against him, this is not due process of law, Zeigler v. Railroad Co., 58 Ala. 599."*

*"In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are **void** under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").*

Centralized Small Claims *is not an Article III court: and has no delegated jurisdiction / authority under the Supreme Law of the Land, and unconfirmed by the Congress of the United States.*

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially. Thompson v. Smith, 154 SE 583."*

*". . . Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational. ASIS v. US, 568 F2d 284."*

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities. Burns v. Sup., Ct., SF, 140 Cal. 1."*

I, Sulieman Bey, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests this Court fulfill their obligation to preserve the rights of this Petitioner (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith'.

All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Docket Number #2:05-CR-243-WBS-CKD, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits.

Thank You,

*Sulieman Bey*
Ex-Relational JAVARIS MARQUEZ-TUBBS
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103

Exhibit A: Copy of Writ In The Nature of Discovery
Exhibit B: Copy of United States Republic Postmaster Return Receipt to United States District Court Eastern District Of California

**cc:**   State of (CALIFORNIA) Attorney General
Rob Bonta
1300 I STREET
SACRAMENTO,CA.95814

State of (CALIFORNIA) Secretary of State
Shirley Weber
1500 11TH STREET
SACRAMENTO,CA.95814

  

### THE MOORISH NATIONAL REPUBLIC
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact
# Writ of Discovery
**Exhibit I:  Re: Misrepresented Instrument – Bill of Attainder No.2:05-CR-243-WBS-CKD**

04-01-2021

UNITES STATES OF AMERICA
Honorable William B.Shubb
501 1 ST#4200
Sacramento,Ca.95814

Re: Bill of Attainder No.2:05-CR-243-WBS-CKD

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let if be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article XI of the Constitution of the state of Connecticut.

> "Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**"

> "The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:** "

> "When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an admistrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially"
> **Thompson v Smith 154 SE 583**

> " A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency.Adittionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"

> ***ASIS v US 568 F2d, 284***

> "Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to excerises such powers are necessarily nullities."
> ***Burns v Sup Ct. SF, 140 Cal 1.***

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

> "Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."
> ***Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389.***

Thank You,

I Am: _Sulieman Bey_
Sulieman Bey, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione JAVARIS MARQUEZ TUBBS,
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Texas Rebuplic
c/o 9119 hwy6,ste230#473
[Zip Exempt]
Non-Domestic

Cc: United Nations
Geneva Switzerland

United States Justice Department
United States Attorney General
Merrick Garland

United States District Court for the District of Columbia
Washington D. C.

STATE OF CALIFORNIA
Governor Gavin Newsom

STATE OF CALIFORNIA
Attorney General Xavier Becerra

STATE OF CALIFORNIA
Secretary of State Shirley Weber

STATE OF CALIFORNIA
SUPERIOR COURT
Judge Hon.Charles S.Treat

STATE OF CALIFORNIA
SUPERIOR COURT
Prosecutor's Office Diana Becton

Exhibit B

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: United States District Court Eastern District of California
Honorable William B. Shubb
501 I St #4200
Sacramento, California 95814

9590 9402 3855 8060 8010 26

2. Article Number (Transfer from service label)
7020 1290 0000 5826 2109

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X /s/ B Becknall    ☐ Agent  ☐ Addressee
B. Received by (Printed Name) P McDould19
C. Date of Delivery 4/7/21
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Sacramento CA 95814
Certified Mail Fee $3.60
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $1.40
Total Postage and Fees $7.85

Sent To: United States District Court Eastern District of California - Hon. William B. Shubb
Street and Apt. No., or PO Box No. 501 I Street #4200
City, State, ZIP+4® Sacramento California 95814

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark: GALVESTON MAIN 77550, APR 2021

7020 1290 0000 5826 2109

Legal Empowerment Group LLc
c/o Sulieman Bey
9119 Hwy 6, Ste 230 #473
Missouri City, Texas. 77459

**CERTIFIED MAIL**

7019 1640 0002 0025

United Sta
Eastern Distri
Honorable W
501 I Street
Sacramento, Cal